UNITED STATES of America, Plaintiff–Appellee

v.

Jose Luis FAVELA–GONZALEZ, Defendant–Appellant.

No. 06–51286
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 12, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Regina Bernadette Arditti, El Paso, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

PER CURIAM: \*

The attorney appointed to represent Jose Luis Favela–Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*,[1] asserting that there are no nonfrivolous issues on appeal. Favela–Gonzalez has not filed a response.

Counsel's brief has satisfied *Anders'* requirements sufficiently to trigger our obligation to examine the record.[2] Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[3]

---

2. *See U.S. v. Acquaye,* 452 F.3d 380, 381 (5th Cir.2006).

3. *See* 5TH CIR. R. 42.2.